# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | |
|---|---|
| PNC Bank, National Association, Successor by Merger to RBC Bank (USA) f/k/a RBC Centura Bank, <br><br>      Plaintiff, <br><br>v. <br><br>Tony Caviness, <br><br>      Defendant. | **Civil Action No. 4:18-cv-02632-RBH** |

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

IT APPEARING TO THE COURT from the Request for Clerk's Entry of Default and the Affidavit of Default and as to Military Status filed with the Court that the Defendant was duly served with the Summons, Complaint and Answers to Interrogatories Pursuant to Local Rule 26.01 on September 28, 2018; that more than twenty-one (21) days elapsed during which time the Defendant did not serve an Answer, Motion or Notice of Appearance in the matter; and that the Plaintiff's claim is for a sum certain, supported by an affidavit verifying the amount due;

AND IT FURTHER APPEARING that the Clerk's Entry of Default as to the Defendant was entered on October 29, 2018.

ACCORDINGLY, the Court finds and concludes that the Plaintiff is entitled to entry of judgment by default against the Defendant in the amount of $201,393.15, plus the filing fee in

the amount of $400.00 for a total judgment of $201,793.15, and post-judgment interest accruing after judgment as provided by law until fully paid.

NOW, THEREFORE, upon application of the Plaintiff, by counsel;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant is hereby in default and that the Plaintiff is entitled to a judgment against the Defendant, **Tony Caviness**, in the amount of **Two Hundred One Thousand Seven Hundred Ninety-Three and 15/100 Dollars ($201,793.15)**, and post-judgment interest accruing after judgment as provided by law until fully paid.

AND IT IS SO ORDERED.

| | |
|---|---|
| November 7, 2018<br>Florence, South Carolina | s/ R. Bryan Harwell<br>R. Bryan Harwell<br>United States District Judge |